

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00263-CR

| | | |
|---|---|---|
| MICHAEL CHRISTOPHER VELASQUEZ, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (57,954-A) |
| v. | § | April 23, 2020 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth  
     Chief Justice Bonnie Sudderth